**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RAPHAEL JONES,                                                                                      PLAINTIFF
ADC #121171

v.                                      No. 4:10CV01462 JLH-JJV

JOSH POLLOCK, Jail Administrator,
Ashley County Detention Center                                                           DEFENDANT

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe and plaintiff's objections.  After carefully considering

the objections and making a *de novo* review of the record, the Court concludes that the Proposed

Findings and Recommended Disposition should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.

After Magistrate Judge Volpe recommended dismissing the complaint because Pollock was

named only in his official capacity and Jones presented no evidence that the County had an

unconstitutional policy, Jones filed a motion for leave to amend the complaint to name Josh Pollock

in his individual capacity as the defendant in this case.  That motion is denied because venue is

improper in this Court.  In an action such as this, venue lies in the district where the defendant

resides or the district in which a substantial part of the events or omissions giving rise to the claim

occurred.  28 U.S.C. § 1391(b).  The complaint recites events that occurred in Ashley County,

Arkansas, and names as defendant Josh Pollock with an address in Ashley County, Arkansas.

Ashley County is in the El Dorado Division of the Western District of Arkansas, not the Eastern

District.  28 U.S.C. § 83.  As Magistrate Judge Volpe noted in his Proposed Findings and

Recommended Disposition, the action was filed against Josh Pollock in his official capacity, which

is in effect an action against the County.  While the County answered and did not raise improper

venue in the answer, Josh Pollock, individually, has not answered and therefore has not waived any

objection he may have to venue.  The Court declines to permit an amendment to the complaint to

name a new defendant when venue does not lie in this Court.  All other motions are denied as moot.

IT IS, THEREFORE, ORDERED that:

1.     Defendant's motion for summary judgment (Document #45) is GRANTED; and

2.     Plaintiff's complaint (Document #2) against defendant is DISMISSED with prejudice.

IT IS SO ORDERED this 23rd day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE