**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RAPHAEL JONES,　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #121171

v.　　　　　　　　　　　　　　No. 4:10CV01462 JLH-JJV

JOSH POLLOCK, Jail Administrator,
Ashley County Detention Center　　　　　　　　　　　　　　　　　　　　DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this 23rd day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE